

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex Parte:  Leo Graves

No. 06-13-00005-CR

Original Mandamus Proceeding

Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

      As stated in the Court's opinion of this date, we find that Relator is entitled to the relief sought.  Therefore, we reverse the trial court's order denying Leo Graves' application for writ of habeas corpus and remand this matter to the trial court for further proceedings consistent with this opinion.

RENDERED MAY 31, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk